## M'EWEN V. WELLES, ADMINISTRATRIX OF SAMUEL WELLES.

If the mortgagee takes possession of the mortgaged premises and forecloses the equity of redemption the debt is discharged.

ERROR to reverse a judgment of the County Court, in an action brought by said M'Ewen against said Hannah, upon a note given by said Samuel on the 8th of November A. D. 1781, for £258 8s. 1d. on interest.

Plea in bar — That said Samuel in his lifetime, mortgaged to the plaintiff and Samuel William Johnson, Esq. certain lands to secure said note and a debt of £120 11s. 5d., due to said Johnson, which were of greater value than both of said debts; and that said Johnson and the plaintiff had taken possession of said mortgaged premises and had obtained a decree in chancery, foreclosing the equity of redemption in said lands; which lands were appraised in the inventory of said Samuel at the sum of £467 7d.; and thereupon she says, that before the date and impetration of the plaintiff's writ, she had made full payment of the note on which, etc.

Plaintiff replies — That the rents of said lands did not pay the interest of the money for which they were mortgaged as a collateral security; that the plaintiff exposed the same to sale at public vendue; and upon a fair sale the lands did not sell for so much by £120 11s. 5d. lawful money, as the amount of said debts; which sum remains unpaid and still due. To which the defendant demurred. Judgment — That the reply of the plaintiff is insufficient.

Error assigned — That said reply is sufficient; for that said lands being mortgaged only as a collateral security for said debts; they cannot be considered as payment, further than the sum they sold for in money, by being taken in the manner aforesaid.

Judgment — Nothing erroneous.

By the COURT. In this state, a mortgage given to secure a debt by bond, note or other specialty, is a real security given in aid of the personal security, which the mortgagee had before. And the mortgagee may pursue either, or both, until he obtains satisfaction. If he recovers his debt, the mortgage is released. If he choose to take the land and to make it his own absolutely, whereby the mortgagor is totally divested of his equity of redemption, the debt is thereby paid and discharged: And if it eventually proves insufficient to raise the sum due, it is the mortgagee's own fault, and at his resk.